UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ECP STATION I LLC,

    Plaintiff,

v.                                                                             Case No: 8:15-cv-2523-T-JSS

JOSEPH P. CHANDY and SUNNY P.
JOSEPH,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Suggestion of Bankruptcy as to Defendant Joseph P. Chandy filed by Plaintiff, ECP Station I LLC. (Dkt. 30.) The Suggestion of Bankruptcy indicates that Defendant, Joseph P. Chandy, filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on May 6, 2016, in the U.S. Bankruptcy Court for the Southern District of Florida, *In re Joseph P. Chandy*, No. 16-16578-RBR (Bankr. S.D. Fla. May 6, 2016).

Under 11 U.S.C. § 362(a), the filing of a petition under the Bankruptcy Code operates as a stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code]." 11 U.S.C. § 362(a)(1). Accordingly, it is

    **ORDERED**:

1. This case is **STAYED** as to Defendant Joseph P. Chandy. No further action will be taken as to Mr. Chandy until the automatic stay in bankruptcy court is lifted.

2. The parties are directed to file a joint status report within thirty (30) days, and every sixty (60) days thereafter, advising the Court as to the status of the relevant bankruptcy proceedings.

3. The Clerk is directed to terminate the pending Motion for Default Judgment as to Joseph P. Chandy (Dkt. 19) and cancel the hearing on the motion scheduled for May 26, 2016.  The Clerk is further directed to re-open the Motion for Default Judgment as to Joseph P. Chandy (Dkt. 19) when the stay is lifted.

**DONE** and **ORDERED** in Tampa, Florida on May 18, 2016.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties