UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ECP STATION I LLC,

    Plaintiff,

v.                                                Case No: 8:15-cv-2523-T-JSS

JOSEPH P. CHANDY and SUNNY P. JOSEPH,

    Defendants.
_____/

## **ORDER LIFTING STAY**

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal of Bankruptcy Case and Motion to Reopen Proceedings. (Dkt. 32.) On May 18, 2016, the Court stayed this case as to Defendant, Joseph P. Chandy, following the filing of a bankruptcy petition by Mr. Chandy in the U.S. Bankruptcy Court for the Southern District of Florida, *In re Joseph P. Chandy*, No. 16-16578-RBR (Bankr. S.D. Fla. May 6, 2016). (Dkt. 31.) On May 31, 2016, the bankruptcy court dismissed Mr. Chandy's case. (Dkt. 32, Ex. A.) Plaintiff now moves to lift the stay as to Mr. Chandy. *See* 11 U.S.C. § 362(c)(2) (providing that the automatic stay continues until the case is dismissed). Upon consideration, it is

    **ORDERED**:

    1.  Plaintiff's Motion to Reopen Proceedings (Dkt. 32) is **GRANTED**.

    2.  The Clerk is directed to lift the stay as to Defendant, Joseph P. Chandy, and reopen

the Motion for Default Judgment as to Joseph P. Chandy (Dkt. 19).

**DONE** and **ORDERED** in Tampa, Florida, on June 23, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties